Cert of Sv re Smns & Ntc of Pretrial Conf in an Adv Proc (1/16/04)

*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF MISSISSIPPI*

| | |
|---|---|
| **In re** | **Bankruptcy Case No. 14-13293-JDW** |
| **PHILLIP TODD MAXWELL AND** | |
| **JILL COLLINS MAXWELL** | **Chapter 13** |
| Debtor(s). | |
| **THE BANK OF FAYETTE COUNTY** | **Adversary Proceeding No. 14-01093-JDW** |
| **Plaintiff(s).** | |
| **PHILLIP TODD MAXWELL AND** | |
| **JILL COLLINS MAXWELL** | |
| Defendant(s). | |

**CERTIFICATE OF SERVICE RE SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

I, J. DOUGLAS FOSTER (Name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 30 DECEMBER 2014 (Date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   PHILLIP AND JILL MAXWELL
   118 HIGHWAY 309 S
   BYHALIA MS 38611

☐ Electronic Service (in a manner consistent with F.R.C.P. 5(b)(2)(D):

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe Briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe Briefly]

*Under penalty of perjury, I declare that the foregoing is true and correct.*

| | |
|---|---|
| *30 DECEMBER 2014* | */s/J. Douglas Foster* |
| *Date* | *Signature* |

Print Name
J. Douglas Foster, Esq.
_____
Business Address
829 North Lamar Blvd., Ste. 2
Oxford MS 38655
_____
City                          State                          Zip