(Rev. 05/28/14)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Phillip Todd Maxwell and Jill Collins Maxwell
Debtor(s)

Case No.: 14-13293-JDW
Chapter: 13

Bank of Fayette County
Plaintiff(s)
vs.
Phillip Todd Maxwell and Jill Collins Maxwell
Defendant(s)

Adversary Proceeding No. 14-01093-JDW

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

David J. Puddister, Clerk of Court
U.S. Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

J. Douglas Foster
Harris Shelton Hanover Walsh, PLLC
829 North Lamar Boulevard
Suite 2
Oxford, MS 38655

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/s/ David J. Puddister
Clerk of the Bankruptcy Court

(Seal of the U.S. Bankruptcy Court)
Date of Issuance: 12/30/14

## CERTIFICATE OF SERVICE

I, __J. DOUGLASS FOSTER__ (name), certify that service of this summons and a copy of the complaint was made on __30 DECEMBER 2014__ (date) by:

Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:

PHILLIP AND JILL MAXWELL
118 HIGHWAY 309 S
BYHALIA MS 38611

Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: The defendant was served as follows: (Describe briefly)

State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__30 DECEMBER 2014__
Date

__J. Douglass Foster__
Signature

Print Name: J DOUGLASS FOSTER, ESQ.
Business Address: 829 NORTH LAMAR BLVD STE 2
City: OXFORD   State: MS   Zip: 38655